NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JORGE A. DELPIN-APONTE, BELINDA ECHEVARRIA-TORRES, CONJUGAL PARTNERSHIP DELPIN-ECHEVARRIA, NOEL CONCEPCION-RIVERA, DIANA CONCEPCION, JUAN C. GONZALEZ-DEL-VALLE, EDWIN HERNANDEZ, EVELYN HERNANDEZ, SAMUEL A. HERNANDEZ-ALGARIN, LESLIE E. MUNOZ-ALONSO, CONJUGAL PARTNERSHIP HERNANDEZ-MUNOZ, ALBERTO ORTIZ-TORRES, MELVIN HENRY RAMOS, LYDIA E. COLON-DE-RAMOS, CONJUGAL PARTNERSHIP RAMOS-COLON, DAVIS RIOS-RAMOS, IRMA G. NIEVES-HERNANDEZ, CONJUGAL PARTNERSHIP RIOS-NIEVES, RICARDO RIVERA-ORTIA, ROBERTO RODERIGUEZ-MALDONADO, JORGE L. ROSARIO-OLIVERAS, CONJUGAL PARTNERSHIP ROSARIO-VEGA, LAURA I. VEGA-VAZQUEZ, MARCELINO VELAZQUEZ-OLIVENCIA, ADALINA CASILLAS APONTE, CARLOS E. QUINONES CARRION, EDWIN GUTIERREZ MELENDEZ, NORBERTO RAMIREZ CARABALLO, LUIS ANTONIO GIRON-CERVANTES,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5003

_____

Appeal from the United States Court of Federal Claims in No. 1:05-cv-01043-VJW, Judge Victor J. Wolski.

_____

**JUDGMENT**

_____

CHARLES E. MARION, San Juan, PR, argued for plaintiffs-appellants.

P. DAVIS OLIVER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, MAYER, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2015          /s/ Daniel E. O'Toole
      Date                   Daniel E. O'Toole
                             Clerk of Court